_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**February 03, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br>WORLD BOTANICAL GARDENS, INC.,<br>        Debtor.<br>_____<br>CAL ANDRUS and WALTER L. WAGNER,<br>        Plaintiff,<br>v.<br>WORLD BOTANICAL GARDENS, INC.,<br>MARK ROBINSON, STEVE BRYANT,<br>KENNETH FRANCIK, LESLIE COBOS and<br>PRESTON MICHIE,<br>        Defendants.<br>_____ | Case No.: BK-N-13-50833-BTB<br>Chapter 11<br><br>**Adv. Proceeding No.: 13-05062-BTB**<br><br>Date:   April 8, 2014<br>Time:  2:00 p.m.<br><br>**ORDER TO SHOW CAUSE** |

      On January 28, 2014, a scheduling conference was held. There were no appearances made on the record. Upon review of the docket, it appears that the Complaint in this case has never been served. The Court also believes it may not have jurisdiction to hear this matter.

      **IT IS HEREBY ORDERED** that Plaintiffs shall appear and show cause why this case should not be dismissed for lack of prosecution and for lack of jurisdiction of this Court under the holdings in *Stern v. Marshall,* 131 S. Ct. 2594 (2011).

1     The hearing will be held be held on **April 8, 2014** at **2:00 p.m.** in the C. Clifton Young Federal Building, 300 Booth Street, Reno, Nevada, in Courtroom #2 on the 5th Floor before Judge Bruce T. Beesley.

    **IT IS SO ORDERED**.

Copies noticed by first class mail to:

CAL ANDRUS

1217 W. MORNING SUN DRIVE
SALT LAKE CITY, UT 84123

WALTER L. WAGNER

532 N 700 E
PAYSON, UT 84651

                                                                             # # #